FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2017 JAN 12 P 3:35

WILLIAM W. BLEVINS
CLERK G

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA



### BILL OF INFORMATION FOR
### MURDER THROUGH USE OF A FIREARM AND CARJACKING

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO: | **17-008** |
| **v.** | * | SECTION: | **SECT. N MAG 3** |
| **MICHAEL BROWN** | * | VIOLATIONS: | 18 U.S.C. § 924(j) |
| | * | | 18 U.S.C. § 2119 |
| | | | 18 U.S.C. § 2 |

\* \* \*

The United States Attorney charges that:

### COUNT 1

On or about June 1, 2015, in the Eastern District of Louisiana, the defendant, **MICHAEL BROWN**, and others known to the United States Attorney, aided and abetted by each other, did knowingly use and carry firearms, during and in relation to a drug trafficking crime, to wit: a conspiracy to distribute marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and 846, and in the course thereof caused the death of Jacquez Young through the use of such firearms, whose death constituted murder as defined in Title 18, United States Code, Section 1111; in that defendant **MICHAEL BROWN** and others

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

known to the United States Attorney, with malice aforethought, did unlawfully kill Jacquez Young willfully, deliberately, maliciously, and with pre-meditation; all in violation of Title 18, United States Code, Sections 924(j)(1) and 2.

## COUNT 2

On or about June 1, 2015, in the Eastern District of Louisiana, the defendant, **MICHAEL BROWN**, and others known to the United States Attorney, aided and abetted by each other, took a red 2014 Chevrolet Cruze with Vehicle Identification Number 11PC5SB7E7108513, that had been transported, shipped, and received in interstate and foreign commerce from X.R. by force, violence, and intimidation, with the intent to cause death and serious bodily harm; all in violation of Title 18, United States Code, Sections 2119 and 2.

## NOTICE OF GUN FORFEITURE

1. The allegations of Count 1 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of the offense alleged in Count 1, the defendant, **MICHAEL BROWN,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461, any firearm or ammunition, which was involved in or used in knowing violations of Title 18, United States Code, Sections 924(j)(1) and 2, as alleged in Count 1 of this Bill of Information.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 924(j)(1), and 2, made applicable through Title 28, United States Code, Section 2461.

## NOTICE OF CARJACKING FORFEITURE

1. The allegations of Count 2 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2119 and 982(a)(5).

2. As a result of the offense alleged in Count 2, the defendant, **MICHAEL BROWN,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(5), all property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of carjacking, in violation of Title 18, United States Code, Section 2119, as alleged in Count 2 of this Bill of Information.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 982 and 2119.

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

_____
JONATHAN L. SHIH
Assistant United States Attorney

_____
JOSEPH K. WHEATLEY
Trial Attorney, Department of Justice

New Orleans, Louisiana
January 12, 2017

No. _____

# United States District Court

### FOR THE

EASTERN _____ DISTRICT OF LOUISIANA _____

UNITED STATES OF AMERICA

*vs.*

MICHAEL BROWN

BILL OF INFORMATION FOR
MURDER THROUGH USE OF A FIREARM AND
CARJACKING

Violation(s): 18 U.S.C. § 924(j)
18 U.S.C. § 2119
18 U.S.C. § 2

Filed _____, 20 17 _____

_____, Clerk.

By _____, Deputy

Jonathan L. Shih
_____
*Assistant United States Attorney*